JUDGE KATHLEEN CARDONE

EP10CR1165

FILED
2010 APR 28 AM 11: 57

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | SEALED |
| Plaintiff, | § § § | INDICTMENT |
| v. | § § | Cause No. EP-10-CR- |
| OMAR YOSEF ETAYEM, EDDIE MAGDIEL BONILLA, and AARON DURNELL WILLIAMS, | § § § § | CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; CT 2: 21:846 & 841(a)(1)-Attempt to Possess with Intent to Distribute a Controlled Substance. |
| Defendants. | § § § | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(ii))

Beginning from on or about June 1, 2008, and continuing to and including on or about June 6, 2008, in the Western District of Texas and elsewhere, Defendants,

**OMAR YOSEF ETAYEM,
EDDIE MAGDIEL BONILLA, and
AARON DURNELL WILLIAMS,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii))

On or about June 6, 2008, in the Western District of Texas and elsewhere, Defendants,

**OMAR YOSEF ETAYEM,
EDDIE MAGDIEL BONILLA, and
AARON DURNELL WILLIAMS,**

knowingly and intentionally did attempt to possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney