

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

Albert Armendariz, Sr. United States Courthouse
525 Magoffin Avenue, Suite 561
El Paso, Texas 79901
(915) 534-6740
(915) 534-6716 FAX

Chambers Of
**KATHLEEN CARDONE**
United States District Judge

March 10, 2015

Mr. Omar Etayem Rivera
Register No. 44897-054
Quarters A/B
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007

Re:   United States of America v. Omar Etayem Rivera   No. EP-10-CR-1165(1)-KC

Dear Mr. Rivera:

This Court is in receipt of your correspondence regarding the recent proposed amendment to the U.S. Sentencing Guidelines that allows for reduced terms of imprisonment for certain drug offenders which is scheduled to go into effect on November 1, 2015. The Court is currently developing a procedure to effectively review and process requests for reductions in sentences in all eligible cases before this Court. However, due to the sheer number of affected cases and the time-line of the proposed amendment, this information is currently not available.

This letter is to advise you that should you be eligible to benefit from a reduced sentence by virtue of the amendment, you will be advised.

Sincerely,

Kathleen Cardone
United States District Judge


cc:   Office of the Federal Public Defender, El Paso Division
      Office of the U.S. Attorney for the Western District of Texas, El Paso Division