AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
U.S. MARSHALS
2010 MAY -6 A 8: 35
WESTERN DISTRICT
OF TEXAS-EL PASO
WARRANTS DIVISION

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America )
              v. )
                               )  Case No.   EP:10-CR-1165-KC
Omar Yosef Etayem )
_____ )
       *Defendant* )

2010 SEP 20 PM 4: 53   FILED

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*             Omar Yosef Etayem                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to Possess a Controlled Substance with Intent to Distribute
21:846 Attempt to Possess with Intent to Distribute a Controlled Substance

Date:  05/05/2010

                                                              *Maria L. Estrada*
                                                      *Issuing officer's signature*

City and state:    El Paso. Texas                                    Maria L. Estrada,  Deputy Clerk
                                                                  *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____   **Executed by** ___ FBI ___<br>On ___ June 3 2010 ___         *Arresting officer's signature*<br>In ___ Miami, Florida ___         *Printed name and title* |